therefore, was whether the deceased employee, by doing the thing forbidden, stepped out of her employment.

*Clarence B. Tippett* for appellants.

*Carl Sherman, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
  *v.* DOUGLAS PACKING COMPANY, INC., Appellant.

(Submitted July 13, 1923; decided July 13, 1923.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 236 N. Y. 1.)

---

MINNA G. HASKELL, Appellant and Respondent, *v.*
  WILLIAM S. HASKELL, Respondent and Appellant.

*Husband and wife — parent and child — when husband not liable for amount expended by wife in support of infant child.*

*Haskell* v. *Haskell*, 201 App. Div. 414, affirmed.

(Argued June 11, 1923; decided October 2, 1923.)

APPEAL by plaintiff from a judgment entered June 6, 1922, upon an order of the Appellate Division of the Supreme Court in the first judicial department reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint. Also appeal by defendant from an order of said Appellate Division entered July 6, 1922, resettling said order of reversal. The action was brought by a wife to recover from her husband moneys advanced by her out of her separate estate for the support and maintenance of the infant son of the parties while the husband and wife were living separate and apart. The amended answer set up as an affirmative defense that the infant son of the parties, in pursuance of a separation agreement entered into between the parties hereto, was

to be educated and supported by the husband under his sole direction and that the boy in September, 1917, refused to enter a school as ordered by the husband and that the plaintiff thereafter assumed the direction and control of the said son, who entered upon a business career, from which he has received compensation and other benefits which were sufficient during said time to supply him with necessaries for his support and maintenance and have been applied by him to that end with defendant's consent.

*I. Maurice Wormser* and *Samson Selig* for appellant.

*Francis G. Caffey* and *William S. Haskell* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Dissenting: HOGAN, J.

---

ULTRAMAR COMPANY, LIMITED, Respondent, *v.* MINERALS SEPARATION, LIMITED, Appellant, Impleaded with Others.

*Appeal — motion to dismiss appeal denied.*

Reported below, 204 App. Div. 795.

(Argued October 1, 1923; decided October 2, 1923.)

MOTION to dismiss an appeal by permission from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 29, 1923, which reversed an order of Special Term granting a motion to set aside the service of the summons and complaint and dismissing the said complaint and denied said motion.

The motion was made upon the ground of waiver by defendant of its special appearance.

*Lindell T. Bates* for motion.

*Emil Goldmark* opposed.

Motion denied, with ten dollars costs.